# USHER LAW GROUP P.C.

YOUR RIGHTS ARE OUR BUSINESS

★★★★★

**Our Attorneys:**

**Mikhail Usher, Esq ▪•○**
**Alexander Susi, Esq ▪^**
**Mitchell Bromberg, Esq ▪•**
**Vladimir Nikhman, Esq ▪○***
**Jason Valentin, Esq ○***
**Thomas Mirigliano, Esq •***
**Siara Ossa, Esq ▪•**
**Admitted in: ▪ NY • NJ ○ FL ^PA**
**Of Counsel ***

**Brooklyn Office:**

**1600 Sheepshead Bay Rd, Ste 203**
**Brooklyn, New York, 11235**
**(t) (718) 484-7510**
**(f) (718) 865-8566**
**(e) Musheresq@gmail.com**

**Florida Office:**

**1221 South 21st Ave,**
**Hollywood, FL, 33020**
**(t) (754) 258-3270**
**(f) (954) 399-9854**


**MEMO ENDORSED**

October 22, 2026

**VIA ECF**
Hon. Sidney H. Stein
United States District Judge
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

**Re:** ***Jimenez Arroyo v. Tom Ford Retail LLC*, No. 1:26-cv-06643-SHS**
**Letter Motion, on Consent, for a 30-Day Stay of Proceedings in Light of Settlement in Principle**

Dear Judge Stein:

This firm represents Plaintiff Roberto Fernando Jimenez Arroyo in the above-referenced action. I write, with the consent of Defendant Tom Ford Retail LLC, pursuant to Rule 1(E) of Your Honor's Individual Practices, to advise the Court that the parties have reached a settlement in principle and to respectfully request a thirty-day stay of all proceedings and deadlines in this action while the parties finalize and execute a written settlement agreement.

The parties reached an agreement in principle on the material terms of a settlement on October 14, 2026. Counsel for Defendant has requested that the parties' agreement be placed on the docket while the settlement is reduced to writing. The parties are proceeding in good faith and anticipate filing a stipulation of voluntary dismissal with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii) once the agreement is fully executed and the settlement is consummated.

Plaintiff therefore respectfully requests that the Court (1) stay all proceedings and deadlines in this action for thirty days, through and including November 23, 2026; (2) hold Defendant's time to answer, move, or otherwise respond to the Complaint in abeyance during the stay, with any response to be due fourteen days after the stay expires should the settlement not be consummated; and (3) adjourn the initial pretrial conference presently scheduled for November 12, 2026, at 11:00 a.m., to a date after the stay period convenient to the Court, to be held only if the action has not been dismissed by then. The parties will file a stipulation of dismissal or a joint status letter on or before November 23, 2026.

We thank the Court for its attention to this matter.

Respectfully submitted,

Mikhail Usher

Mikhail Usher, Esq.
**USHER LAW GROUP, P.C.**
*Attorneys for Plaintiff*
1600 Sheepshead Bay Rd., Ste. 203
Brooklyn, New York 11235
Tel: (718) 484-7510
Fax: (718) 865-8566
Email: musheresq@gmail.com

cc: Cesarina da Parma, Esq., Frankfurt Kurnit Klein + Selz PC, counsel for Defendant (via ECF)

**Defendant's time to answer or move in response to the complaint is extended to December 7, 2026. The initial pretrial conference is adjourned to December 18 at 10:00 a.m. If a stipulation of dismissal with prejudice is filed before November 23 the initial pretrial conference will be cancelled.**

**Dated: New York, New York**
**October 22, 2026**

SO ORDERED

SIDNEY H. STEIN
U.S.D.J.